IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR34 |
| KENNY BORDERS , | ) ) | **ORDER** |
| Defendant. | ) ) | |

    This case is before the Court on the defendant's Motion for Reconsideration for Pretrial Release [8].  The plaintiff was represented by Assistant U.S. Attorney Frederick D. Franklin.  The defendant, who was present, was represented by Andrew M. Ferguson.  A hearing was held and evidence adduced.  The motion is denied.

    While the record clearly demonstrates that the defendant suffers from an enlarged heart and related medical problems, the record fails to disclose nor does the defendant allege any reason why appropriate treatment of defendant cannot occur while he is detained.  In sum, while a hearing was granted on the motion, the new information as to the defendant's current health issues does not alter the Court's concerns as set out in the April 17, 2006 Order of Detention [7].

    IT IS ORDERED:

1. That the defendant's Motion for Reconsideration for Pretrial Release [8] is denied.

DATED this 28th day of April, 2006.

                                                          BY THE COURT:

                                                          s/ F.A. Gassed
                                                          United States Magistrate Judge