**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR34** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **KENNY BORDERS,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion of Shannon O'Connor, a third party, for transcripts of this Defendant's sentencing hearing and Rule 35 hearing (Filing No. 46).

IT IS ORDERED that the motion of Shannon O'Connor, a third party, for transcripts of this Defendant's sentencing hearing and Rule 35 hearing (Filing No. 46) is granted.

DATED this 20th day of July, 2007.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge